# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| USA, | No. C 98-04400 MAG (MEJ) |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | **FOR FAILURE TO APPEAR** |
| PEREZ, | |
| Defendant(s). | |

Accordingly, the Court hereby **ORDERS** Defendant(s) **James J. Perez**, to show cause why he failed to appear and comply with the Court's Ordered dated August 27, 2014, directing him to appear at a Judgment Debtor Examination **scheduled for October 27, 2014.** The Defendant shall file a written declaration to the Court as to why he did not appear by no later than **November 10, 2014.**

The Court shall conduct a **Order to Show Cause hearing and a Second Judgment Debtor Examination hearing on December 15, 2014, at 9:30 a.m.** in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby provided to Plaintiff(s) that the Court may issue a bench warrant for his arrest if no appearance is made at the second hearing and/or if no responsive declaration is filed. Thus, it is imperative that Plaintiff(s) file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: October 27, 2014

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| USA, | | No. C 98-04400 MEJ |
| | Plaintiff(s), | **CERTIFICATE OF SERVICE** |
| v. | | |
| PEREZ, | | |
| | Defendant(s). / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 27, 2014, I SERVED a true and correct copy(ies) of the attached **ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James J. Perez
212 Polaris Way
Daly City, CA 94014


Dated: October 27, 2014

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

*Rose Maher*

2